# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

## Title

- Title of Work: The Company You Keep
- Nature of Work: Motion Picture

## Completion/Publication

- Year of Completion: 2012

## Author

- Author: TCYK, LLC
- Author Created: Producer of Motion Picture
- Work made for hire: Yes
- Domiciled in: United States
- Anonymous: No
- Pseudonymous: No

## Copyright claimant

- Copyright Claimant: TCYK, LLC
  6360 Deep Dell Pl, Los Angeles, CA, 90068
- Transfer Statement: By Written Agreement

## Limitation of copyright claim

- Material excluded from this claim: A Novel; A Screenplay
- Previously registered: No
- Previous registration and year: PAu 3 578-816   2011
- Basis of current registration: This is a changed version of the work.
- New material included in claim: Added Principal Photography, Music, Effects, Etc.

## Certification

- Name: Nicholas Chartier
- Date: October 17, 2012

Registration #: PAU003660935
Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | city |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 98.226.202.16 | 4D372D382D302D2D6973A7E6692974AC5F9EE6C7 | BitTorrent 7.8.0 | 10:26:23 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 2 | 98.213.243.125 | 2D5554333330422D5C6F7D0F850361EE31FBDF79 | µTorrent 3.3.0 (Beta) | 09:51:07 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oregon |
| 3 | 24.14.67.200 | 2D5554333330302D6873940EE0F601663579DDC4 | 3.3.0 | 09:07:06 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Schaumburg |
| 4 | 50.151.132.123 | 2D5554333330302D68738DEF5120676613E6990D | 3.3.0 | 09:03:47 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Belvidere |
| 5 | 67.175.216.66 | 2D4241333330302DB870CD5C10B24F7F8D22F241 | -BA3300- BitTorrent | 08:38:09 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 6 | 98.253.210.30 | 4D372D362D312D2D666A9707611197CD1B029E23 | 7.6.1 | 08:30:01 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bloomingdale |
| 7 | 71.57.110.104 | 4D372D382D302D2DB8714F9FFFC382B307E22E5B | BitTorrent 7.8.0 | 07:21:19 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Sterling |
| 8 | 98.193.20.133 | 2D5554333233302D2170D37A9E77AC85F52B92CC | µTorrent 3.2.3 | 07:18:04 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 9 | 69.246.241.158 | 2D5554333330302D6873A91B6909E4C4216C454C | 3.3.0 | 07:04:38 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oswego |
| 10 | 67.184.91.137 | 2D5554333330302D687324C16921CCA41C998F50 | 3.3.0 | 07:06:54 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Mount Prospect |
| 11 | 71.57.8.79 | 2D5554333330302D6873C44A21FB9CD1FF655F3A | µTorrent 3.3.0 | 05:37:45 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glendale Heights |
| 12 | 98.213.40.3 | 2D415A343930302D62697276572743970454155 | Vuze 4.9.0.0 | 03:59:28 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elgin |
| 13 | 67.167.94.193 | 2D5452323737302D337172787962376630383067 | Transmission 2.77 | 02:04:51 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Carol Stream |
| 14 | 24.14.174.196 | 2D5554333330302D68737AC5299991D0E715A8C6 | µTorrent 3.3.0 | 01:58:45 PM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Tinley Park |
| 15 | 98.223.209.174 | 2D415A343930302D737332423335725A56347541 | Vuze 4.9.0.0 | 11:58:17 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 16 | 50.140.145.241 | 2D554D313831302D56703C979D103D24FCA423BC | µTorrent Mac 1.8.1 | 10:45:37 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Streamwood |
| 17 | 98.253.33.231 | 2D554D313634302D776A7935EF2FCEA2CB50EFC4 | µTorrent Mac 1.6.4 | 10:22:19 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glenview |
| 18 | 67.162.59.254 | 2D4241333330302DB87007BA4CE36EA32DC0BE2C | -BA3300- Transmission | 09:24:30 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elgin |
| 19 | 24.7.203.140 | 2D5452323737302D793772786B6D6C336C316E34 | 2.77 | 09:08:02 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 20 | 24.14.156.82 | 2D5554333330302D6873D3438B2BB09FF15742C2 | µTorrent 3.3.0 | 08:14:43 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elgin |
| 21 | 98.222.208.121 | 2D554D313834302D0673BFF67303A21F3F2476A3 | µTorrent Mac 1.8.4 | 07:40:56 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 22 | 71.57.93.29 | 2D5554333330302D9E724172BF89398E93EACB57 | µTorrent 3.3.0 | 06:20:32 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bloomingdale |
| 23 | 71.57.9.173 | 2D5554333330302D687357C44B5440A04E013CB0 | 3.3.0 | 04:54:07 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glendale Heights |
| 24 | 76.29.37.78 | 2D415A343830302D627075386769377A52427A64 | Vuze 4.8.0.0 BitComet | 04:28:29 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 25 | 69.246.215.193 | 2D4243303132392D924473C4243BC27A58DA7007 | 1.29 | 03:25:22 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Mundelein |
| 26 | 98.213.141.92 | 2D415A343930302D7572764873743765614A4F4D | Vuze 4.9.0.0 | 03:25:00 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 27 | 67.167.85.198 | 4D372D372D332D2D227029DF44D03EE8757B57E5 | 7.7.3 | 03:07:28 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Carol Stream |
| 28 | 98.213.90.44 | 2D415A343831322D68514D436873676736367426642 | Vuze 4.8.1.2 BitTorrent | 02:16:25 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Flossmoor |
| 29 | 68.58.55.32 | 4D372D362D312D2D35697D6DD5068B5A2AB96549 | 7.6.1 | 01:42:06 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 30 | 68.51.96.89 | 2D5554333230302DCA6C07090195B69C82DE8FA0 | µTorrent 3.2.0 | 01:21:10 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elgin |
| 31 | 50.158.14.241 | 2D5554333334302D005F73457AD8DA47F4C20FA725 | 3.4.0 BitTorrent | 01:19:54 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Berwyn |
| 32 | 98.206.202.192 | 4D372D382D302D2D69736993C401CB7CEE8CE313 | 7.8.0 | 01:10:03 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bartlett |
| 33 | 67.175.2.241 | 2D415A343830302D7A3149363166737A5A683034 | Vuze 4.8.0.0 | 01:06:50 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 34 | 24.13.251.77 | 2D5554333330302DEC72EBB7B1DFFDD107DAAB11 | 3.3.0 BitTorrent | 12:47:03 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Yorkville |
| 35 | 67.173.101.73 | 4D372D372D322D2D536F6A405BC4A38FDAA9621A | 7.7.2 | 12:35:42 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 36 | 71.57.108.93 | 2D415A343930302D566B596D7844797778396D5A | Vuze 4.9.0.0 | 12:21:44 AM 04/21/2013 | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oak Park |