# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

TCYK, LLC

      Plaintiff,

v.              Case No.: 1:13−cv−03841
               Honorable Edmond E. Chang

, et al.

      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, March 19, 2014:


  MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal as to all remaining Defendants, R. 46, under Rule 41(a)(1)(A)(i) (no answer or summary judgment motion has been filed), all remaining Defendants are dismissed without prejudice. All pending motions are terminated as moot. Status hearing of 03/21/2014 is vacated. Civil case terminated. Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.